IN THE EIGHTEENTH JUDICIAL DISTRICT DISTRICT COURT, SEDGWICK COUNTY, KANSAS CRIMINAL DEPARTMENT DIVISION 7

In Propria Persona Roger A. Collins Jr.

## PLAINTIFF

CASE NO. Title 42 USC § 1983
2020-CR-2346

22-3209-JWL-JPO

THE STATE OF KANSAS

RODGER WOODS JUDGE   DEFENDANT

## Title 42 U.S.C. § 1983
## VACATE ILLEGAL SENTENCE
## SUI JURIS

This matter comes before the court that on May of 2020 Judge Rodger Woods charged Roger Collins Jr. with Level 9 Felony Evade and Elude Police K.S.A. § 8-1568 Drive on Suspended License K.S.A. § 8-262 and Drive on Expired Tag K.S.A. § 8-142 and Possession of a Stolen Tag placing Roger Collins Jr. on 1 years probation all motor vehicle violations by definition Roger Collins Jr. violated the said probation that he appealed through Public Defender Carissa Laffler in which he never got to challenge and was given a 6 month extension to the 1 year in which was violated and revoked sending Roger A. Collins Jr. to prison for 17 months which violated Roger's civil rights due to motor vehicle being misapplied to Roger Collins Jr. operating an automobile per Federal Department of Transportations Title 49 U.S. Code Section 32901 Definition of Automobile and Kansas Administrative Regulations Definition of Commercial/Motor Vehicle.

## Evidence And FACTS

1. Title 49 U.S.C.S § 32901 Automobile means, a 4-wheeled vehicle that is propelled by fuel, or fuel alternative, manufactured primarily for use on public streets, roads, and highways and rated at less than 10,000 pounds gross vehicle weight rating.

Motor vehicle means, any vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used upon the highways in the transportation of passengers or property or any combination thereof, determined by the Federal Motor Carrier Safety Admin. But does not include any vehicle, locomotive or car operated exclusively on a rail or rails or a trolley bus operated by electrical power derived from a fixed overhead

2.) Kansas Administrative Regulations, Defined a commercial motor vehicle to be 10,001 pounds or more Determined By The Manufacturer's gross Vehicle weight Rating The "GVWR" 8-4-1(c)(1) Found on The VIN # I.D. Kansas LAW Determines The Vehicle by The Manufacturer's Gross Vehicle Weight Rating. A commercial/motor vehicle is 10,001 pounds and up To 26,001 pounds or more.

3.) Title 49 U.S. Code § 13102 Definitions (2008) motor vehicle Substituted Commercial motor vehicle As Defined in (31123) commercial motor vehicle substituted motor vehicle In (2005) As Defined in § 311-23 of Title 49 U.S. Code The Term Is Interchangeable both are Engaged In Commerce a Commercial Activity someone Employeed, Hired.

4.) K.S.A. § 66-1,108 Defines motor Carrier's, motor carrier of Passenger's means any Person who Undertakes For Hire To Transport By Motor Vehicle From place To place, Person's who may choose To Employ or Contract with The motor carrier.
Private motor carrier of property means any person who undertakes for Hire To Transport By Motor Vehicle From place To place, The Property other Than Household goods of other's who may choose To Employ or Contract with The Private motor carrier. K.S.A. § 66-1,111 motor carrier violations and Laws For "motor vehicles."

5.) K.S.A. § 8-1568 Defines fleeing or Attempting To Elude a Police Officer, Any Driver of A "motor vehicle" who Knowingly Fails or Refuses To bring such driver's Vehicle To a stop for a Pursuing Police Vehicle.
K.S.A. § 8-262 Defines Driving while License Suspended, any Person who Drives a "motor Vehicle" on any Highway of This State at a Time when such Person To do so is Cancelled, Suspended or revoked, or while such Person's Privilege To obtain a Driver's License is suspended or Revoked Pursuant To K.S.A. § 8-252(a). K.S.A § 8-142 Defines Expired Tag "Motor Vehicle" violation.
K.S.A. § 8-1417 Driver's License Defined, means any License To Operate a "motor Vehicle" Issued under The Laws of This State. With a Class C Driver's License you may operate any "Motor Vehicle" Regardless of size and weight "The Law's of This State! (Does NOT State AUTOMOBILE)

6.) my 2004 Mazda 6 wagon — I was Charged And Placed on Probation For Evade and Elude Police, Drive on suspended, Drive on Expired Tag, Has a manufacturer's Gross Vehicle Weight Rating of 3,472 pounds my Buick Park Avenue Has A GVWR 3,500 pound Charged with Drive on suspended License Expired Tag Stolen Tag All motor vehicle violations For Less Than 6,000 pound Vehicles (Automobiles

7.) NOT A Motor carrier or a private motor carrier Transportation for compensation in a motor vehicle, NOT A commercial motor vehicle operator 10,001 pounds or more Not Engaged In commerce or commercial Activity so I can't be by Law a motor vehicle operator Kansas Law Determines The Type of Vehicle By the manufacturers Gross Vehicle weight Rating And The Type of motor carriers That must comply with and Act with Applicable law's K.S.A. § 66-1,111. GVWR manufacturer Determined matzda6 2004 3,472 pounds Automobile, Buick Park Avenue 1999 3,500 pounds Automobile. Title 49 US Code § 32901 32908

8.) No Probable cause or Articulable Reasonable Suspicion That I was In commission of a crime, The discretionary Rule search me But Not The Next vehicle, Profiled me, state must prove reasonableness The metal detector everyone has to go Thru, I have a right To be secure in my Person, and property To be secure in my privacy against Arbitrary Invasions from governmental Intrusion's 4th Amendment violation, 5th Amendment as well The Due process clause Just compensation clause Impounded My Automobile and Auctioned with out of my property stating my Title didn't prove ownership "Extortion" also 14th Amendment violation privilege and Immunities clause Equal Protection clause my Right to travel as well I was Profiled No Reason to stop my Automobile No Traffic infractions Not Even operating a motor vehicle under The color of State Law Civil Rights violation, misapplied motor vehicle operator To An under 6,000 pounds GVWR Manufacturer Determined Automobile. Asking The Court to Vacate Illegal Sentence Title 42 USC § 1985 Converted my Substantive Rights Into crimes Vacate Sentence!

CERTIFICATE OF SERVICE
301 SW 10th AVE. # 374
Topeka, KS 66612
The Supreme Court.

Roger Collins # 70273
El Dorado Correctional Facility
P.O. Box 311
El Dorado KS 67042